AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

Rodney G. Smith, Executive Director of
Teamsters Union 25 Health Services and
Insurance Plan

V.

Jetworks Tech Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12528 EFH

TO: (Name and address of Defendant)

Jetworks Tech Inc.
213-08 99th Ave.
Queens Village, NY 11429

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew E. Dwyer, Esq.
Dywer, Dudy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DEC 7 – 2004
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>DECEMBER 17, 2004 at 4:15 p.m. |
| NAME OF SERVER (PRINT)<br>BARBARA L. BEDUGNIS | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): BY DELIVERING SAID COPIES OF SUMMONS, COMPLAINT, CIVIL ACTION SHEET, AND CATEGORY SHEET, TOGETHER WITH $10. FILING FEE TO THE SECRETARY OF THE COMMONWEALTH, THE REGISTERED AGENT FOR JETWORKS TECH, INC., BY GIVING SAID COPIES IN HAND PAULINE GUNTHER, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS. SAID SERVICE WAS MADE AT ONE ASHBURTON PLACE, BOSTON, MA. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $15.00 | SERVICES $25.00 | TOTAL $40.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  DECEMBER 17, 2004
                    Date

Signature of Server  BARBARA L. BEDUGNIS, CONSTABLE
%ROSCOE, BEDUGNIS AND ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.