UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>JETWORKS TECH INC.<br><br>    Defendant. | Civil Action No. 04-12528-EFH |

## REQUEST FOR ENTRY OF DEFAULT

To: Tony Anastas, Clerk of the United States District Court for the District of Massachusetts

Please enter the default of the Defendant, Jetworks Tech, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead of otherwise defend as appears from the attached affidavit.

For the Plaintiff,
RODNEY G. SMITH, EXECUTIVE
DIRECTOR of the TEAMSTERS UNION 25
HEALTH SERVICES AND INSURANCE
PLAN
By his attorneys,

_____
Matthew E. Dwyer
B.B.O. # 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy & Facklam, P.C.
One Center Plaza; Suite 360
Boston, MA 02108-1804
(617) 723-9777

Date: April 15, 2005

## CERTIFICATE OF SERVICE

    I, Matthew E. Dwyer, hereby certify that I sent a copy of the foregoing document with attachments, via first–class mail on the 15th of April 2005, to:

Jetworks Tech, Inc.
213-08 99th Avenue
Queens Village, NY  11429

                                                                               Matthew E. Dwyer

Dated: April 15, 2005

f:\l25hsip\jetworks\pldg\req.default.doc:blg