# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Rodney G. Smith

**Plaintiff**

**V.**

Jetworks Tech Inc.

**Defendant**

**CIVIL ACTION**

**NO.** 04-12528 - EFH

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Rodney G. Smith for an order of Default for failure of the Defendant, Jetworks Tech Inc. _____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 21st day of April, 2005 .

SARAH A. THORNTON
CLERK OF COURT

By: /s/Sandra E. Holahan
**Deputy Clerk**

**Notice mailed to:** Matthew E. Dwyer, Esq.

(Default Notice.wpd - 3/7/2005)