UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>JETWORKS TECH INC.<br><br>    Defendant. | Civil Action No. 04-12528-EFH |

## DEFAULT JUDGMENT

HARRINGTON, D.J.

This matter came on for a hearing before this Court, upon notice to the Defendant, Jetworks Tech, Inc., on the motion of the Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, based upon the Defendant having failed to plead, answer or otherwise defend in this action and whose default having been entered on April 21, 2005.

The affidavit of Carol A. Blanchard demonstrates that the Defendant owes Plaintiff attorney's fees in the sum of $ 2,166.00 and that the Defendant is not an infant, incompetent person, or in the military service of the United States; and is hereby:

ORDERED, ADJUDGED AND DECREED that the Defendant submit documents necessary to comply with the audit of the Plaintiff and for the Plaintiff recover from Defendant, Jetworks Tech, Inc., the sum of $ 2,166.00, costs to be taxed by the Clerk.

Dated:_____

                                                          Hon. Edward F. Harrington
                                                          UNITED STATES DISTRICT JUDGE

f:\l25hsip\jetworks\pldg\default.judgment.doc:blg